FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2022

No. 04-22-00111-CV

Reginald **WILDER** II,
Appellant

v.

**TEXAS WORKFORCE COMMISSION**,
Appellee

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

On March 16, 2022, this court issued its opinion and order in this appeal. A motion for rehearing was due on March 31, 2022. *See* TEX. R. APP. P. 49.1. A motion for extension of time to file a motion for rehearing was due not later than April 18, 2022. *See id.* R. 49.9.

On April 25, 2022, Appellant filed a motion for rehearing. Appellant's untimely motion for rehearing is denied. *See id.*; *Brookshire Bros., Inc. v. Smith*, 176 S.W.3d 30, 40 (Tex. App.— Houston [1st Dist.] 2004, pet. denied).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court